THOMAS BOSTON *versus* JOSEPH ROLETTE. 

JOURNAL ENTRIES (1829–31): *Journal 4:* (1) Motion for rule to assign errors *p. 340; (2) rule to

assign errors, continued *p. 342; (3) case argued, submitted *p. 422; (4) continued under advisement *p. 436; (5) judgment affirmed, judgment *p. 465.

PAPERS IN FILE: (1) Petition for writ of error, allocatur; (2) bond in error; (3) motion for rule to assign errors; (4) assignment of errors; (5) joinder in error; (6–7) precipes for writs of fi. fa.

*1824–36 Calendar*, MS p. 199.